# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2009

_____

| | | |
|---|---|---|
| James Russell Munson, Jr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Faulkner County, Arkansas; Marty | * | |
| Montgomery, Sheriff, Faulkner County, | * | |
| Arkansas; Gene Stevens, Sgt., Faulkner | * | Appeal from the United States |
| County Jail; Porter, Corporal, Jail | * | District Court for the |
| Guard, Faulkner County Jail; Hall, Jail | * | Eastern District of Arkansas. |
| Guard, Faulkner County Jail; Kyle | * | |
| Kelly, Jail Administrator, Faulkner | * | [UNPUBLISHED] |
| County Jail; Steve Wallace, Assistant | * | |
| Sheriff, Faulkner County Jail; Aaron | * | |
| Daub, Booking, Faulkner County Jail | * | |
| (originally sued as Mr. Daub), | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 30, 2001
Filed: December 14, 2001

_____

Before BOWMAN, BRIGHT, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate James Russell Munson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against Faulkner County and officials of the Faulkner County Jail.

Having carefully reviewed the record and the parties' submissions on appeal, we conclude that Munson's claims fail. See Lynn v. Deaconess Med. Ctr.-W. Campus, 160 F.3d 484, 486 (8th Cir. 1998) (this court reviews de novo a grant of summary judgment, which is proper only when undisputed facts establish that moving party is entitled to judgment as matter of law).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas, adopting in part the report and recommendations of the Honorable J. T. Ray, United States Magistrate Judge for the Eastern District of Arkansas.